■ LELAND CASEY, JR., et al., Respondents, v NIAGARA MOHAWK POWER CORP. et al., Respondents. NIAGARA MOHAWK POWER CORPORATION, Third-Party Plaintiff, v PARK OUTDOOR ADVERTISING OF NEW YORK, INC., Third-Party Defendant-Appellant. CONSOLIDATED RAIL CORPORATION et al., Third-Party Plaintiffs, v PARK OUTDOOR ADVERTISING OF NEW YORK, INC., Third-Party Defendant-Appellant. (Appeal No. 2.) [703 NYS2d 411] —Amended order unanimously affirmed without costs. Same Memorandum as in *Casey v Niagara Mohawk Power Corp.* (269 AD2d 775 [decided herewith]). (Appeal from Amended Order of Supreme Court, Jefferson County, Gilbert, J.—Summary Judgment.) Present—Green, A. P. J., Pine, Pigott, Jr., and Scudder, JJ.